STEVEN N. TAIEB, ESQ.
Attorney at Law
BY /s/ Steven N. Taieb, Esq.
Steven N. Taieb ST8001
4201 Church Rd., Suite 15
Mt. Laurel, NJ 08054
(856) 235-4994
Attorney for Debtor

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY
HONORABLE MICHAEL D. KAPLAN

_____

In Re:                                                                : CASE NO:   19-33155
    DAWN M. BALL                                      : CHAPTER 13
     Debtor(s)

                                       : HEARING DATE:   4/28/20
_____

CERTIFICATION OF DEBTOR

Dawn M. Ball, upon her certification says:

    1.    I am the debtor in the above matter.

    2.    As a result of the coronavirus, I am currently on furlough and I am getting unemployment of $367 per week which substantially reduces my income.

    3.    Therefore, it is impossible for me to increase my trustee payments due to Covid-19. I will pay back the mortgage company arrears but I should not have to pay guc's anything based on my current change of circumstances.

    4.    I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false I am subject to punishment.
.

Dated:  4/23/20                                          /s/ DAWN M. BALL
                                                                    DAWN M. BALL
                                                                    Debtor