UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

STEVEN N. TAIEB,
Attorney at Law
BY____/s/Steven N. Taieb, Esquire_____
   Steven N. Taieb, ST8001
4201 Church Rd., Suite 15
Mt. Laurel, NJ 08054
(856) 235-4994

Order Filed on April 29, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

DAWN M. BALL

| | |
|---|---|
| Case Number: | 19-33155 |
| Hearing Date: | 4/28/20 |
| Judge: | MBK |
| Chapter: | 13 |

Recommended Local Form:    ☐ Followed    ☐ Modified

**ORDER TO RECLASSIFY PROOF OF CLAIM
FILED BY     VW CREDIT LEASING , LTD     FROM SECURED TO UNSECURED**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: April 29, 2020**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

   This matter having been opened to the Court by _____Steven N. Taieb_____, attorney for the Debtor, _____Dawn M. Ball_____, on a Motion to Reclassify the Proof of Claim of _____VW Credit  Leasing, LTD_____ from a secured claim to an unsecured claim, and the Court having considered the pleadings in this matter, the argument of counsel and for good cause shown, it is

   **ORDERED** that the debtor's Motion To Reclassify the Proof of Claim of _____VW Credit  Leasing, LTD_____ from a secured claim to an unsecured claim is hereby granted.

*Rev. 7/1/04; jml*