| UNITED STATES BANKRUPTCY COURT |
| --- |
| DISTRICT OF NEW JERSEY |
| Caption in Compliance with D.N.J. LBR 9004-2(c) |
| STEVEN N. TAIEB, |
| Attorney at Law |
| BY____/s/Steven N. Taieb, Esquire_____ |
|   Steven N. Taieb, ST8001 |
| 4201 Church Rd., Suite 15 |
| Mt. Laurel, NJ 08054 |
| (856) 235-4994 |

Order Filed on April 29, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

DAWN M. BALL

Case Number:        19-33155

Hearing Date:        4/28/20

Judge:        MBK

Chapter:        13

Recommended Local Form:        ☐ Followed        ☐ Modified

### ORDER TO RECLASSIFY PROOF OF CLAIM
### FILED BY ____VW CREDIT LEASING, LTD____ FROM SECURED TO UNSECURED

The relief set forth on the following page is hereby **ORDERED**.

**DATED: April 29, 2020**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

This matter having been opened to the Court by _____Steven N. Taieb_____, attorney for the Debtor, _____Dawn M. Ball_____, on a Motion to Reclassify the Proof of Claim of _____VW Credit Leasing, LTD_____ from a secured claim to an unsecured claim, and the Court having considered the pleadings in this matter, the argument of counsel and for good cause shown, it is

**ORDERED** that the debtor's Motion To Reclassify the Proof of Claim of _____VW Credit Leasing, LTD_____ from a secured claim to an unsecured claim is hereby granted.

*Rev. 7/1/04; jml*

United States Bankruptcy Court
District of New Jersey

In re:  
Dawn M Ball  
    Debtor

Case No. 19-33155-MBK  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 1      Date Rcvd: Apr 30, 2020  
                        Form ID: pdf903      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 02, 2020.  
db          +Dawn M Ball,    522 Columbus Rd.,    Burlington, NJ 08016-1831

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                        TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 02, 2020                                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 30, 2020 at the address(es) listed below:  
           Albert    Russo     docs@russotrustee.com  
           Denise E. Carlon     on behalf of Creditor    MidFirst Bank dcarlon@kmllawgroup.com,  
            bkgroup@kmllawgroup.com  
           Steven N. Taieb     on behalf of Debtor Dawn M Ball staieb@comcast.net,    sntgale@aol.com  
           U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                                                                                                         TOTAL: 4