B 2100A Form (2100A) (12/15)

# United States Bankruptcy Court

DISTRICT OF NEW JERSEY

In Re:                                                                    Case No.  1933155
DAWN M BALL

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE, or deemed filed under 11 U.S.C. § 1111 (a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

PRA Receivables Management, LLC., as agent of
Portfolio Recovery Associates, LLC
-------------------------------------------                          ONEMAIN
                                                                          -------------------------------------------
Name of Transferee                                                 Name of Transferor

Name and Address where notices to transferee          Court Claim # (if known): 3
should be sent:                                                       Amount of Claim: $2,520.61
Portfolio Recovery Associates, LLC                        Date Claim Filed: 12/26/2019
POB 41067
Norfolk, VA 23541

Phone: (877)829-8298                                            Phone:
Last Four Digits of Acct # :  4082                         Last Four Digits of Acct #: 4082

Name and Address where transferee payments        Seller Information
Should be sent (if different from above)                ONEMAIN FINANCIAL GROUP, LLC
Portfolio Recovery Associates, LLC                        601 NW SECOND STREET
POB 12914                                                            EVANSVILLE IN 47708
Norfolk, VA 23541

Phone: (877)829-8298
Last Four Digits of Acct # : 4082

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Martine Evans                                            Date: 7/1/2020
        -------------------------------------------
       Transferee/Transferee's Agent
Email: Bankruptcy_Info@portfoliorecovery.com

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571

## ASSIGNMENT AND BILL OF SALE

ONEMAIN FINANCIAL GROUP, LLC, a Delaware limited liability company, ONEMAIN FINANCIAL (HI), INC., a Hawaii corporation, ONEMAIN FINANCIAL, INC., (WV), a West Virginia corporation, ONEMAIN FINANCIAL OF MINNESOTA, INC., a Minnesota corporation on behalf of themselves and as attorney in fact for ONEMAIN FINANCIAL ISSUANCE TRUST 2015-1, a Delaware statutory trust; ONEMAIN FINANCIAL ISSUANCE TRUST 2015-3, a Delaware statutory trust; ONEMAIN FINANCIAL ISSUANCE TRUST 2016-1, a Delaware statutory trust; ONEMAIN FINANCIAL ISSUANCE TRUST 2016-3, a Delaware statutory trust; ONEMAIN FINANCIAL ISSUANCE TRUST 2017-1, a Delaware statutory trust; ONEMAIN FINANCIAL ISSUANCE TRUST 2018-1, a Delaware statutory trust; ONEMAIN FINANCIAL ISSUANCE TRUST 2018-2, a Delaware statutory trust; ONEMAIN FINANCIAL ISSUANCE TRUST 2019-1, a Delaware statutory trust; ONEMAIN FINANCIAL ISSUANCE TRUST 2019-2, a Delaware statutory trust; ONEMAIN FINANCIAL ISSUANCE TRUST 2019-A, a Delaware statutory trust; ONEMAIN DIRECT AUTO RECEIVABLES TRUST 2017-1, a Delaware statutory trust; ONEMAIN DIRECT AUTO RECEIVABLES TRUST 2017-2, a Delaware statutory trust; ONEMAIN DIRECT AUTO RECEIVABLES TRUST 2018-1, a Delaware statutory trust; ONEMAIN DIRECT AUTO RECEIVABLES TRUST 2019-1, a Delaware statutory trust; SPRINGLEAF FUNDING TRUST 2015-B, a Delaware statutory trust; SPRINGLEAF FUNDING TRUST 2016-A, a Delaware statutory trust; and SPRINGLEAF FUNDING TRUST 2017-A; a Delaware statutory trust, ("OneMain") has entered into that certain Account Purchase and Sale Agreement dated December 6, 2019, ("Agreement") for the sale of Accounts to Portfolio Recovery Associates, LLC, a Delaware limited liability company (hereinafter called "Buyer"), upon the terms and conditions set forth in that Agreement.

NOW, THEREFORE, for good and valuable consideration, receipt of which is hereby acknowledged, Sellers hereby sell, assign, and transfer to Buyer, its successors and permitted assigns, all of Sellers' rights, title, and interest in and to the Accounts owned by such Sellers and identified on the Sale File delivered by the Sellers to Buyer in electronic file form in conjunction herewith and titled ██████████████████

IN WITNESS WHEREOF, the parties hereto have duly executed this Agreement on the 15th day of June, 2020.

**ASSIGNMENT AND BILL OF SALE**
**SIGNATURE PAGE**

SELLERS: ONEMAIN FINANCIAL GROUP, LLC, a Delaware limited liability company, ONEMAIN FINANCIAL (HI), INC., a Hawaii corporation, ONEMAIN FINANCIAL, INC., (WV), a West Virginia corporation, ONEMAIN FINANCIAL OF MINNESOTA, INC., a Minnesota corporation on behalf of themselves and as attorney in fact for ONEMAIN FINANCIAL ISSUANCE TRUST 2015-1, a Delaware statutory trust; ONEMAIN FINANCIAL ISSUANCE TRUST 2015-3, a Delaware statutory trust; ONEMAIN FINANCIAL ISSUANCE TRUST 2016-1, a Delaware statutory trust; ONEMAIN FINANCIAL ISSUANCE TRUST 2016-3, a Delaware statutory trust; ONEMAIN FINANCIAL ISSUANCE TRUST 2017-1, a Delaware statutory trust; ONEMAIN FINANCIAL ISSUANCE TRUST 2018-1, a Delaware statutory trust; ONEMAIN FINANCIAL ISSUANCE TRUST 2018-2, a Delaware statutory trust; ONEMAIN FINANCIAL ISSUANCE TRUST 2019-1, a Delaware statutory trust; ONEMAIN FINANCIAL ISSUANCE TRUST 2019-2, a Delaware statutory trust; ONEMAIN FINANCIAL ISSUANCE TRUST 2019-A, a Delaware statutory trust; ONEMAIN DIRECT AUTO RECEIVABLES TRUST 2017-1, a Delaware statutory trust; ONEMAIN DIRECT AUTO RECEIVABLES TRUST 2017-2, a Delaware statutory trust; ONEMAIN DIRECT AUTO RECEIVABLES TRUST 2018-1, a Delaware statutory trust; ONEMAIN DIRECT AUTO RECEIVABLES TRUST 2019-1, a Delaware statutory trust; SPRINGLEAF FUNDING TRUST 2015-B, a Delaware statutory trust; SPRINGLEAF FUNDING TRUST 2016-A, a Delaware statutory trust; and SPRINGLEAF FUNDING TRUST 2017-A; a Delaware statutory trust.

ONEMAIN FINANCIAL GROUP, LLC, a Delaware limited liability company

By: *Scott Bailer*

Name: J. Scott Bailer

Title: Vice President, Sr. Managing Director

ONEMAIN FINANCIAL (HI), INC. a Hawaii corporation

By: *Scott Bailer*

Name: J. Scott Bailer

Title: Vice President, Sr. Managing Director

ONEMAIN FINANCIAL, INC., (WV), a West Virginia corporation

By: *Scott Bailer*

Name: J. Scott Bailer

Title: Vice President, Sr. Managing Director

ONEMAIN FINANCIAL OF MINNESOTA, INC., a Minnesota corporation

By: *Scott Bailer*

Name: J. Scott Bailer

Title: Vice President, Sr. Managing Director

BUYER: PORTFOLIO RECOVERY ASSOCIATES, LLC

A Delaware limited liability company

By: *Naomi Muellner* (DocuSigned by: 48CB9137B3E54DC...)

Name:  Naomi Muellner

Title: Authorized Signer