| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ 08650-4853 | Memphis, TN 38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 02/25/2021
**Chapter 13 Case No. 19-33155 / MBK**

Dawn M Ball

Petition Filed Date: 12/13/2019
341 Hearing Date: 01/16/2020
Confirmation Date: 04/28/2020

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/03/2020 | $255.00 | 64524490 | 02/06/2020 | $255.00 | 65434110 | 03/04/2020 | $255.00 | 66142300 |
| 04/02/2020 | $255.00 | 66839970 | 05/06/2020 | $255.00 | 67727130 | 06/02/2020 | $255.00 | 68373990 |
| 07/07/2020 | $255.00 | 69249590 | 08/03/2020 | $255.00 | 69875010 | 09/02/2020 | $255.00 | 70594120 |
| 10/02/2020 | $255.00 | 71327480 | 11/02/2020 | $255.00 | 72055600 | 12/11/2020 | $255.00 | 73014290 |
| 01/04/2021 | $255.00 | 73474630 | 02/04/2021 | $255.00 | 74333190 | | | |

**Total Receipts for the Period: $3,570.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $3,570.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Dawn M Ball | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | STEVEN N. TAIEB, ESQ.<br>»» ATTY DISCLOSURE | Attorney Fees | $4,460.00 | $2,805.24 | $1,654.76 |
| 1 | LVNV FUNDING LLC<br>»» FIRST REMIER BANK/PREMIER BANKCARD | Unsecured Creditors | $392.84 | $0.00 | $0.00 |
| 2 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $691.42 | $0.00 | $0.00 |
| 3 | PORTFOLIO RECOVERY ASSOCIATES<br>»» ONEMAIN | Unsecured Creditors | $2,520.61 | $0.00 | $0.00 |
| 4 | CREDIT ACCEPTANCE CORPORATION<br>»» 2012 KIA | Debt Secured by Vehicle<br>No Disbursements: Problem | $0.00 | $0.00 | $0.00 |
| 5 | VW CREDIT LEASING, LTD<br>»» 2017 VW JETTA/DEF BAL | Unsecured Creditors | $2,786.96 | $0.00 | $0.00 |
| 6 | EMERGENCY PHY SERVICES OF NJ PA<br>»» VIRTUA MEMORIAL | Unsecured Creditors | $1,143.00 | $0.00 | $0.00 |
| 7 | MIDLAND CREDIT MANAGEMENT, INC<br>»» CREDIT ONE BANK | Unsecured Creditors | $900.73 | $0.00 | $0.00 |
| 8 | MIDFIRST BANK<br>»» P/522 COLUMBUS RD/1ST MTG/ORDER 4/6/2020 | Mortgage Arrears | $7,624.54 | $0.00 | $7,624.54 |

**Chapter 13 Case No. 19-33155 / MBK**

### SUMMARY

Summary of all receipts and disbursements from date filed through 2/25/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $3,570.00 | Percent to General Unsecured Creditors: | 0% |
| Paid to Claims: | $2,805.24 | Current Monthly Payment: | $255.00 |
| Paid to Trustee: | $285.88 | Arrearages: | $0.00 |
| Funds on Hand: | $478.88 | | |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.russotrustee.com/epay for more information.**

- **View your case information online for *FREE*! Register today at <u>www.ndc.org</u>.**