| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| Albert Russo<br>PO Box 4853<br>Trenton, NJ  08650<br>(609) 587-6888<br>Standing Chapter 13 Trustee |

| | |
|---|---|
| In re:<br><br>Dawn M Ball<br><br><br>Debtor(s) | Case No.: 19-33155 / MBK<br><br>Judge: Michael B. Kaplan<br><br>Chapter: 13 |

## CERTIFICATION OF SERVICE

1. I, Kierstyn Buchanan, am an employee of Albert Russo, the Standing Chapter 13 Trustee in the above captioned matter.

2. On 1/10/2022, I caused a copy of the following pleadings and/or documents to be mailed to the parties listed in the chart below:

    **Trustee's Certification of Default, Proposed Form of Order, Certificate of Service**

3. I hereby certify, under penalty of perjury, that the above documents were sent using the mode of service indicated.

Dated: 1/10/2022               /s/ Kierstyn Buchanan
                                                              Kierstyn Buchanan

| Name and Address of Party Served | Relationship of Party to Case | Mode of Service |
|---|---|---|
| Dawn M Ball<br>522 Columbus Rd.<br>Burlington, NJ  08016 | Debtor(s) | Regular Mail |
| STEVEN N. TAIEB, ESQ.<br>ELLIPSE SHOPPING CENTER<br>4201 CHURCH RD, STE 15<br>MT. LAUREL,  NJ  08054 | Attorney for Debtor(s) | Regular Mail and Notice of Electronic Filing (NEF) |