| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2021 to 02/03/2022
**Chapter 13 Case No. 19-33155 / MBK**

Dawn M Ball

Petition Filed Date: 12/13/2019
341 Hearing Date: 01/16/2020
Confirmation Date: 04/28/2020

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/04/2021 | $255.00 | 73474630 | 02/04/2021 | $255.00 | 74333190 | 03/18/2021 | $255.00 | 75317120 |
| 04/06/2021 | $255.00 | 75805580 | 05/05/2021 | $255.00 | 76505860 | 06/14/2021 | $255.00 | 77413920 |
| 07/12/2021 | $255.00 | 77997070 | 08/23/2021 | $255.00 | 78964890 | 09/17/2021 | $255.00 | 79500920 |
| 10/20/2021 | $255.00 | 80257060 | | | | | | |

**Total Receipts for the Period:  $2,550.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing:  $5,610.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Dawn M Ball | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | STEVEN N. TAIEB, ESQ.<br>»»  ATTY DISCLOSURE | Attorney Fees | $4,460.00 | $4,460.00 | $0.00 |
| 1 | LVNV FUNDING LLC<br>»»  FIRST REMIER BANK/PREMIER BANKCARD | Unsecured Creditors | $392.84 | $0.00 | $0.00 |
| 2 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $691.42 | $0.00 | $0.00 |
| 3 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  ONEMAIN | Unsecured Creditors | $2,520.61 | $0.00 | $0.00 |
| 4 | CREDIT ACCEPTANCE CORPORATION<br>»»  2012 KIA | Debt Secured by Vehicle<br>No Disbursements: Problem | $0.00 | $0.00 | $0.00 |
| 5 | VW CREDIT LEASING, LTD<br>»»  2017 VW JETTA/DEF BAL | Unsecured Creditors | $2,786.96 | $0.00 | $0.00 |
| 6 | EMERGENCY PHY SERVICES OF NJ PA<br>»»  VIRTUA MEMORIAL | Unsecured Creditors | $1,143.00 | $0.00 | $0.00 |
| 7 | MIDLAND CREDIT MANAGEMENT, INC<br>»»  CREDIT ONE BANK | Unsecured Creditors | $900.73 | $0.00 | $0.00 |
| 8 | MIDFIRST BANK<br>»»  P/522 COLUMBUS RD/1ST MTG/ORDER 4/6/2020 | Mortgage Arrears | $7,624.54 | $713.92 | $6,910.62 |

**Chapter 13 Case No. 19-33155 / MBK**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 2/3/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $5,610.00 | Percent to General Unsecured Creditors: | 0% |
| Paid to Claims: | $5,173.92 | Current Monthly Payment: | $255.00 |
| Paid to Trustee: | $436.08 | Arrearages: | $1,020.00 |
| Funds on Hand: | $0.00 | | |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.russotrustee.com/epay for more information.

View your case information online for *FREE*! Register today at www.ndc.org or scan this code to get started.

