Form 185 − ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19−33155−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Dawn M Ball
   522 Columbus Rd.
   Burlington, NJ 08016

Social Security No.:
   xxx−xx−4943

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on August 5, 2020.

On May 12, 2022 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Michael B. Kaplan on:

Date:         June 8, 2022
Time:         10:00 AM
Location:     Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing
   a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder
   of a secure claim, such holders acceptance or rejection of the Plan before modification will
   be deemed acceptance or rejection of the Plan as modified, unless the holder changes such
   holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable,
   the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: May 13, 2022
JAN: pbf

                                                            Jeanne Naughton
                                                            Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                      Case No. 19-33155-MBK

Dawn M Ball                                                                                          Chapter 13

   Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                              User: admin                                      Page 1 of 3
Date Rcvd: May 13, 2022                    Form ID: 185                                   Total Noticed: 22

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+             Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++           Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^             Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 15, 2022:**

| Recip ID  |   | Recipient Name and Address |
|---|---|---|
| db        | + | Dawn M Ball, 522 Columbus Rd., Burlington, NJ 08016-1831 |
| 518617301 | + | Debt Recovery Solutions, 6800 Jericho Tpk Ste 113E, Syosset, NY 11791-4401 |
| 518697680 |   | Emergency Physician Services of NJ PA, PO Box 1123, Minneapolis, MN 55440-1123 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID  |   | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg       |   | Email/Text: usanj.njbankr@usdoj.gov | May 13 2022 20:37:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg       | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 13 2022 20:37:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518617298 |   | Email/Text: caineweiner@ebn.phinsolutions.com | May 13 2022 20:37:00 | Caine & Weiner, PO Box 55848, Van Nuys, CA 91411 |
| 518659043 |   | Email/Text: ebnnotifications@creditacceptance.com | May 13 2022 20:37:00 | Credit Acceptance, 25505 West 12 Mile Rd., Southfield MI 48034 |
| 518617299 |   | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 13 2022 20:46:39 | Capital One Bank USA, P.O. Box 30281, Salt Lake City, UT 84130-0281 |
| 518633029 | + | Email/PDF: ebn_ais@aisinfo.com | May 13 2022 20:46:51 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518617300 |   | Email/Text: ebnnotifications@creditacceptance.com | May 13 2022 20:37:00 | Credit Acceptance Corporation, P.O. Box 5070, Southfield, MI 48086-5070 |
| 518617301 | ^ | MEBN | May 13 2022 20:36:48 | Debt Recovery Solutions, 6800 Jericho Tpk Ste 113E, Syosset, NY 11791-4401 |
| 518617302 | + | Email/Text: bknotice@ercbpo.com | May 13 2022 20:37:00 | Enhanced Recovery Co, PO Box 57547, Jacksonville, FL 32241-7547 |
| 518629586 |   | Email/PDF: resurgentbknotifications@resurgent.com | May 13 2022 20:47:04 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518617304 |   | Email/Text: ClaimsHelp@Mohela.com | May 13 2022 20:37:00 | Mohela Dept of Education, 633 Spirit Drive, Chesterfield, MO 63005 |
| 518725483 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | May 13 2022 20:46:39 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 518700256 | + | Email/Text: bankruptcydpt@mcmcg.com | May 13 2022 20:37:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 518617303 |   | Email/PDF: ais.midfirst.ebn@aisinfo.com | May 13 2022 20:46:49 | Midland Mortgage, P.O. Box26648, Oklahoma City, OK 73126--0648 |

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 13, 2022 | Form ID: 185 | Total Noticed: 22 |

| 518634065 | + Email/PDF: cbp@onemainfinancial.com | May 13 2022 20:46:38 | ONEMAIN, P.O. Box 3251, Evansville, In. 47731-3251 |
| 518617305 | + Email/PDF: cbp@onemainfinancial.com | May 13 2022 20:46:59 | OneMain, PO Box 1010, Evansville, IN 47706-1010 |
| 518886824 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 13 2022 20:47:02 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 518886825 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 13 2022 20:46:41 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 518617306 | Email/Text: vci.bkcy@vwcredit.com | May 13 2022 20:38:00 | VW Credit, 1401 Franklin Blvd, Libertyville, IL 60048 |
| 518662583 | + Email/Text: VWBKNotices@nationalbankruptcy.com | May 13 2022 20:37:00 | VW Credit Leasing, Ltd, c/o VW Credit, Inc., PO Box 9013, Addison, Texas 75001-9013 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518617307 | | john smith |
| 518617317 | | john smith |
| 518617308 | *P++ | CAINE & WEINER COMPANY, 12005 FORD ROAD 300, DALLAS TX 75234-7262, address filed with court:, Caine & Weiner, PO Box 55848, Van Nuys, CA 91411 |
| 518617309 | * | Capital One Bank USA, P.O. Box 30281, Salt Lake City, UT 84130-0281 |
| 518617310 | * | Credit Acceptance Corporation, P.O. Box 5070, Southfield, MI 48086-5070 |
| 518617311 | *+ | Debt Recovery Solutions, 6800 Jericho Tpk Ste 113E, Syosset, NY 11791-4401 |
| 518617312 | *+ | Enhanced Recovery Co, PO Box 57547, Jacksonville, FL 32241-7547 |
| 518617314 | *P++ | MOHELA, CLAIMS DEPARTMENT, 633 SPIRIT DRIVE, CHESTERFIELD MO 63005-1243, address filed with court:, Mohela Dept of Education, 633 Spirit Drive, Chesterfield, MO 63005 |
| 518617313 | * | Midland Mortgage, P.O. Box26648, Oklahoma City, OK 73126--0648 |
| 518617315 | *+ | OneMain, PO Box 1010, Evansville, IN 47706-1010 |
| 518617316 | *P++ | VOLKSWAGEN CREDIT UNION, 1401 FRANKLIN BLVD, LIBERTYVILLE IL 60048-4460, address filed with court:, VW Credit, 1401 Franklin Blvd, Libertyville, IL 60048 |
| 518825055 | *+ | VW Credit Leasing, Ltd, c/o VW Credit, Inc., PO Box 9013, Addison, Texas 75001-9013 |

TOTAL: 2 Undeliverable, 10 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 15, 2022          Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 13, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|

| District/off: 0312-3 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: May 13, 2022 | Form ID: 185 | Total Noticed: 22 |

Albert Russo
    docs@russotrustee.com

Denise E. Carlon
    on behalf of Creditor MidFirst Bank dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com

Steven N. Taieb
    on behalf of Debtor Dawn M Ball staieb@comcast.net sntgale@aol.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 4