Steven N. Taieb, Esq.
Attorney at Law
BY  */s/ Steven N. Taieb, Esq.*
 Steven N. Taieb,
4201 Church Rd., Suite 15
Mt. Laurel, NJ 08054
(856) 235-4994

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY
HONORABLE MICHAEL B. KAPLAN

_____

In Re:                                                    : CASE NO:19-33155

DAWN M. BALL                                       : CHAPTER 13
        Debtor(s)

                                                              : HEARING DATE: 7/27/22
_____

CERTIFICATION OF DEBTOR

Dawn M. Ball, upon her certification says:

1.  I am the debtor in the above matter.

2.   I have not received child support since mid 2021.
     The only contribution that I receive is $200 per month
     from my daughter.  I will give my lawyer an income
     contribution affidavit.

3.   I will also give my lawyer the March and April 2022 pay advices
     and my 2021 tax return.

4.  I hereby certify that the foregoing statements made by me are true.  I am aware that if any

    the foregoing statements made by me are willfully false I am subject to punishment.

Dated: June 3,2022                              */s/ Dawn M. Ball*_____
                                                             Dawn M. Ball
                                                             Debtor