Form 149 − ntcvaco

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19−33155−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Dawn M Ball
   522 Columbus Rd.
   Burlington, NJ 08016

Social Security No.:
   xxx−xx−4943

Employer's Tax I.D. No.:

**NOTICE OF ORDER VACATING
AN ORDER OF DISMISSAL**

   NOTICE IS HEREBY GIVEN that Order Dismissing the above−captioned Case which was entered on 10/2/23 has been vacated effective 10/11/23.

Dated: October 11, 2023
JAN: dmi

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 19-33155-MBK |
| Dawn M Ball | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 3 |
| Date Rcvd: Oct 11, 2023 | Form ID: 149 | Total Noticed: 22 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 13, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Dawn M Ball, 522 Columbus Rd., Burlington, NJ 08016-1831 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: usanj.njbankr@usdoj.gov | Oct 11 2023 21:07:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 11 2023 21:07:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518617298 | Email/Text: caineweiner@ebn.phinsolutions.com | Oct 11 2023 21:06:00 | Caine & Weiner, PO Box 55848, Van Nuys, CA 91411 |
| 518659043 | Email/Text: ebnnotifications@creditacceptance.com | Oct 11 2023 21:05:00 | Credit Acceptance, 25505 West 12 Mile Rd., Southfield MI 48034 |
| 518617299 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 11 2023 21:20:37 | Capital One Bank USA, P.O. Box 30281, Salt Lake City, UT 84130-0281 |
| 518633029 | + Email/PDF: ebn_ais@aisinfo.com | Oct 11 2023 21:18:46 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518617300 | Email/Text: ebnnotifications@creditacceptance.com | Oct 11 2023 21:05:00 | Credit Acceptance Corporation, P.O. Box 5070, Southfield, MI 48086-5070 |
| 518617301 | ^ MEBN | Oct 11 2023 21:01:53 | Debt Recovery Solutions, 6800 Jericho Tpk Ste 113E, Syosset, NY 11791-4401 |
| 518697680 | Email/Text: BNCnotices@dcmservices.com | Oct 11 2023 21:06:00 | Emergency Physician Services of NJ PA, PO Box 1123, Minneapolis, MN 55440-1123 |
| 518617302 | + Email/Text: bknotice@ercbpo.com | Oct 11 2023 21:07:00 | Enhanced Recovery Co, PO Box 57547, Jacksonville, FL 32241-7547 |
| 518629586 | Email/PDF: resurgentbknotifications@resurgent.com | Oct 11 2023 21:03:44 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518617304 | Email/Text: EBN@Mohela.com | Oct 11 2023 21:06:00 | Mohela Dept of Education, 633 Spirit Drive, Chesterfield, MO 63005 |
| 518725483 | + Email/PDF: ais.midfirst.ebn@aisinfo.com | Oct 11 2023 21:19:46 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 518700256 | + Email/Text: bankruptcydpt@mcmcg.com | Oct 11 2023 21:07:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 518617303 | Email/PDF: ais.midfirst.ebn@aisinfo.com | Oct 11 2023 21:19:00 | Midland Mortgage, P.O. Box26648, Oklahoma |

Case 19-33155-MBK    Doc 69    Filed 10/13/23    Entered 10/14/23 00:19:04    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 11, 2023 | Form ID: 149 | Total Noticed: 22 |

| Recip ID | Bypass Reason | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | City, OK 73126--0648 |
| 518634065 | + | Email/PDF: cbp@omf.com | Oct 11 2023 21:18:27 | ONEMAIN, P.O. Box 3251, Evansville, In. 47731-3251 |
| 518617305 | + | Email/PDF: cbp@omf.com | Oct 11 2023 21:19:28 | OneMain, PO Box 1010, Evansville, IN 47706-1010 |
| 518886824 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 11 2023 21:20:18 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 518886825 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 11 2023 21:18:48 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 518617306 | | Email/Text: vci.bkcy@vwcredit.com | Oct 11 2023 21:07:00 | VW Credit, 1401 Franklin Blvd, Libertyville, IL 60048 |
| 518662583 | + | Email/Text: VWBKNotices@nationalbankruptcy.com | Oct 11 2023 21:06:00 | VW Credit Leasing, Ltd, c/o VW Credit, Inc., PO Box 9013, Addison, Texas 75001-9013 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518617307 | | john smith |
| 518617317 | | john smith |
| 518617308 | *P++ | CAINE & WEINER COMPANY, 12005 FORD ROAD 300, DALLAS TX 75234-7262, address filed with court:, Caine & Weiner, PO Box 55848, Van Nuys, CA 91411 |
| 518617309 | * | Capital One Bank USA, P.O. Box 30281, Salt Lake City, UT 84130-0281 |
| 518617310 | * | Credit Acceptance Corporation, P.O. Box 5070, Southfield, MI 48086-5070 |
| 518617311 | *+ | Debt Recovery Solutions, 6800 Jericho Tpk Ste 113E, Syosset, NY 11791-4401 |
| 518617312 | *+ | Enhanced Recovery Co, PO Box 57547, Jacksonville, FL 32241-7547 |
| 518617314 | *P++ | MOHELA, CLAIMS DEPARTMENT, 633 SPIRIT DRIVE, CHESTERFIELD MO 63005-1243, address filed with court:, Mohela Dept of Education, 633 Spirit Drive, Chesterfield, MO 63005 |
| 518617313 | * | Midland Mortgage, P.O. Box26648, Oklahoma City, OK 73126--0648 |
| 518617315 | *+ | OneMain, PO Box 1010, Evansville, IN 47706-1010 |
| 518617316 | *P++ | VOLKSWAGEN CREDIT UNION, 1401 FRANKLIN BLVD, LIBERTYVILLE IL 60048-4460, address filed with court:, VW Credit, 1401 Franklin Blvd, Libertyville, IL 60048 |
| 518825055 | *+ | VW Credit Leasing, Ltd, c/o VW Credit, Inc., PO Box 9013, Addison, Texas 75001-9013 |

TOTAL: 2 Undeliverable, 10 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 13, 2023           Signature:           /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 11, 2023 at the address(es) listed below:

District/off: 0312-3 | User: admin | Page 3 of 3
Date Rcvd: Oct 11, 2023 | Form ID: 149 | Total Noticed: 22

| Name | Email Address |
| --- | --- |
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor MidFirst Bank dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Steven N. Taieb | on behalf of Debtor Dawn M Ball staieb@comcast.net sntgale@aol.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5