| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| In Re: Clarkson's Fisher<br>US Courthouse<br>402 East State Street<br>Trenton, NJ 08608<br>609 858 9333 | Case No.: 19-33155/MBK<br>Chapter: 13<br>Judge: Kaplen |

FILED
JEANNE A. NAUGHTON, CLERK
NOV 9 2023
U.S. BANKRUPTCY COURT
TRENTON NJ
BY: _____ DEPUTY

## CERTIFICATION IN SUPPORT OF DISCHARGE

I, __Dawn Ball__, debtor in this case, certify as follows:

1. All payments required to be made by me under my plan have been made and are paid in full.

2. ☑ I am not required to pay domestic support obligations.

   ☐ I am required to pay domestic support obligations and I have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true.

Date: October 26, 2023

Debtor's Signature: _AB. Dawn Ball_

**IMPORTANT:**

- **Each debtor in a joint case must file a separate Certification in Support of Discharge.**
- **A discharge will not be entered for a debtor who fails to file a <u>completed</u> Certification in Support of Discharge.**

rev.8/1/18

