**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Dawn M Ball<br>First Name   Middle Name   Last Name | Social Security number or ITIN  xxx–xx–4943<br>EIN  __–_____ |
| Debtor 2<br>(Spouse, if filing) | _____<br>First Name   Middle Name   Last Name | Social Security number or ITIN  ____<br>EIN  __–_____ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 19–33155–MBK | |

# Order of Discharge                                                                                               12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

   Dawn M Ball

<u>1/9/24</u>                                                                **By the court:** <u>Michael B. Kaplan</u>
                                                                                          United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:  
Dawn M Ball  
    Debtor

Case No. 19-33155-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 3  
Date Rcvd: Jan 09, 2024      Form ID: 3180W      Total Noticed: 22

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 11, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Dawn M Ball, 522 Columbus Rd., Burlington, NJ 08016-1831 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 09 2024 20:40:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 09 2024 20:40:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518617298 | | Email/Text: caineweiner@ebn.phinsolutions.com | Jan 09 2024 20:40:00 | Caine & Weiner, PO Box 55848, Van Nuys, CA 91411 |
| 518659043 | | Email/Text: ebnnotifications@creditacceptance.com | Jan 09 2024 20:39:00 | Credit Acceptance, 25505 West 12 Mile Rd., Southfield MI 48034 |
| 518617299 | | EDI: CAPITALONE.COM | Jan 10 2024 01:34:00 | Capital One Bank USA, P.O. Box 30281, Salt Lake City, UT 84130-0281 |
| 518633029 | + | EDI: AIS.COM | Jan 10 2024 01:34:00 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518617300 | | Email/Text: ebnnotifications@creditacceptance.com | Jan 09 2024 20:39:00 | Credit Acceptance Corporation, P.O. Box 5070, Southfield, MI 48086-5070 |
| 518617301 | ^ | MEBN | Jan 09 2024 20:39:17 | Debt Recovery Solutions, 6800 Jericho Tpk Ste 113E, Syosset, NY 11791-4401 |
| 518697680 | | Email/Text: BNCnotices@dcmservices.com | Jan 09 2024 20:40:00 | Emergency Physician Services of NJ PA, PO Box 1123, Minneapolis, MN 55440-1123 |
| 518617302 | + | Email/Text: bknotice@ercbpo.com | Jan 09 2024 20:41:00 | Enhanced Recovery Co, PO Box 57547, Jacksonville, FL 32241-7547 |
| 518629586 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 09 2024 20:47:06 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518617304 | | Email/Text: EBN@Mohela.com | Jan 09 2024 20:40:00 | Mohela Dept of Education, 633 Spirit Drive, Chesterfield, MO 63005 |
| 518725483 | + | EDI: AISMIDFIRST | Jan 10 2024 01:34:00 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 518700256 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 09 2024 20:40:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 518617303 | | EDI: AISMIDFIRST | Jan 10 2024 01:34:00 | Midland Mortgage, P.O. Box26648, Oklahoma |

Case 19-33155-MBK    Doc 76    Filed 01/11/24    Entered 01/12/24 00:13:38    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 09, 2024 | Form ID: 3180W | Total Noticed: 22 |

| | | | | |
|---|---|---|---|---|
| | | | | City, OK 73126--0648 |
| 518634065 | + EDI: AGFINANCE.COM | Jan 10 2024 01:34:00 | | ONEMAIN, P.O. Box 3251, Evansville, In. 47731-3251 |
| 518617305 | + EDI: AGFINANCE.COM | Jan 10 2024 01:34:00 | | OneMain, PO Box 1010, Evansville, IN 47706-1010 |
| 518886824 | EDI: PRA.COM | Jan 10 2024 01:34:00 | | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 518886825 | EDI: PRA.COM | Jan 10 2024 01:34:00 | | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 518617306 | Email/Text: vci.bkcy@vwcredit.com | Jan 09 2024 20:41:00 | | VW Credit, 1401 Franklin Blvd, Libertyville, IL 60048 |
| 518662583 | + Email/Text: VWBKNotices@nationalbankruptcy.com | Jan 09 2024 20:40:00 | | VW Credit Leasing, Ltd, c/o VW Credit, Inc., PO Box 9013, Addison, Texas 75001-9013 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518617307 | | john smith |
| 518617317 | | john smith |
| 518617308 | *P++ | CAINE & WEINER COMPANY, 12005 FORD ROAD 300, DALLAS TX 75234-7262, address filed with court:, Caine & Weiner, PO Box 55848, Van Nuys, CA 91411 |
| 518617309 | * | Capital One Bank USA, P.O. Box 30281, Salt Lake City, UT 84130-0281 |
| 518617310 | * | Credit Acceptance Corporation, P.O. Box 5070, Southfield, MI 48086-5070 |
| 518617311 | *+ | Debt Recovery Solutions, 6800 Jericho Tpk Ste 113E, Syosset, NY 11791-4401 |
| 518617312 | *+ | Enhanced Recovery Co, PO Box 57547, Jacksonville, FL 32241-7547 |
| 518617314 | *P++ | MOHELA, CLAIMS DEPARTMENT, 633 SPIRIT DRIVE, CHESTERFIELD MO 63005-1243, address filed with court:, Mohela Dept of Education, 633 Spirit Drive, Chesterfield, MO 63005 |
| 518617313 | * | Midland Mortgage, P.O. Box26648, Oklahoma City, OK 73126--0648 |
| 518617315 | *+ | OneMain, PO Box 1010, Evansville, IN 47706-1010 |
| 518617316 | *P++ | VOLKSWAGEN CREDIT UNION, 1401 FRANKLIN BLVD, LIBERTYVILLE IL 60048-4460, address filed with court:, VW Credit, 1401 Franklin Blvd, Libertyville, IL 60048 |
| 518825055 | *+ | VW Credit Leasing, Ltd, c/o VW Credit, Inc., PO Box 9013, Addison, Texas 75001-9013 |

TOTAL: 2 Undeliverable, 10 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 11, 2024          Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 9, 2024 at the address(es) listed below:

District/off: 0312-3 | User: admin | Page 3 of 3
Date Rcvd: Jan 09, 2024 | Form ID: 3180W | Total Noticed: 22

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor MidFirst Bank dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Steven N. Taieb | on behalf of Debtor Dawn M Ball staieb@comcast.net sntgale@aol.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5